```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA       :
                               :    INDICTMENT
          v.                   :
                               :    08 Cr.
WAYNE SIMOES,                  :
                               :    '08 CRIM 784
          Defendant.           :
------------------------------x
```

COUNT ONE

The Grand Jury charges:

1. At all times relevant to this Indictment, WAYNE SIMOES, the defendant, was a police officer employed by the Yonkers Police Department.

2. On or about March 3, 2007, in the Southern District of New York, the defendant WAYNE SIMOES, while acting under color of the laws of the State of New York and in his capacity as a police officer in the Yonkers Police Department, did willfully assault Irma Marquez, resulting in bodily injury to Irma Marquez, and did thereby willfully deprive Irma Marquez of a right secured and protected by the Constitution and the laws of the United States, namely, the right to be secure in her person and free from the use of unreasonable force by one acting under color of law.

(Title 18, United States Code, Section 242)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WAYNE SIMOES

Defendant.

INDICTMENT

08 Cr.    (___)

(18 U.S.C. § 242)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*/s/* -  Foreperson.