UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

           v.

WAYNE SIMOES,

           Defendant.

)
)
)
)
)
)
)
)

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
08 Cr. 784**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York

By:    /s/ Benjamin H. Torrance
                BENJAMIN H. TORRANCE
                Assistant United States Attorney
                212.637.2703
                benjamin.torrance@usdoj.gov

TO:    Andrew Quinn, Esq.