United States District Court
Southern District of New York
-
--------------------------------------------------------
United States of America

      Against                                         Indictment # 08Cr 784

                                                        Notice of Appearance

Wayne Simoes,

                        Defendant
--------------------------------------------------------

Sirs/Madams:

PLEASE TAKE NOTICE that the undersigned, John D, Patten Esq. hereby files notice

That he appears as Co Counsel with Andrew Quinn Esq. in the above captioned matter.

                                                       Yours etc;

Dated: New York , New York
        August 26,2008

                                         ----------------------------------
                                          John D. Patten Esq.
                                          30 Vesey Street PH Suite
                                          New York, New York 10007
                                          (212) 962 1295
                                          E mail: johnpatten@att.net